IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| MINDY SPIGNER and MS A MINOR,<br><br>Plaintiffs,<br><br>v.<br><br>TEXARKANA SPORTS MEDICINE, PLLC, DARIUS F. MITCHELL, III, CHRISTUS HEALTH, and CHRISTUS HEALTH ARK-LA-TEX,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:26-CV-00124-RWS |

**ORDER**

The undersigned hereby recuses from the above-entitled and numbered civil action.

IT IS SO ORDERED.

**SIGNED this 22nd day of September, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE